## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHERI ANN LEINBERGER, MATTHEW S. LEINBERGER, DANIEL P. SENECA, KATHLEEN A. SENECA AND WILLIAM J. NECKER, | : No. 598 MAL 2020 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| Petitioners | : Commonwealth Court |
| | : |
| v. | : |
| | : |
| ANTHONY G. STELLAR, AS TRUSTEE OF THE DEBORAH E. STELLAR REVOCABLE TRUST, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.